# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | BK Case No. 20-54002 |
| **Jeremy M. Bartley,** ) | Chapter 7 |
| ) | Judge Preston |
| Debtor. ) | |
| _____) | |
| ) | |
| **Jeremy M. Bartley,** ) | |
| ) | |
| Plaintiff, ) | AP Case No. 2:20-ap-02117 |
| ) | |
| vs. ) | |
| ) | |
| **United States Department of Education,** ) | |
| ) | |
| Defendant. ) | |

## STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER

On November 5, 2020, Plaintiff filed the instant complaint. The time for the United States of America, on behalf of the Department of Education, to file an answer expires on January 15, 2020. The parties are in agreement that the United State of America shall be allowed a 21-day extension to file an Answer or Responsive Pleading to the Complaint, up to and including **February 5, 2021.**

AGREED:

DAVID M. DEVILLERS
United States Attorney

/s/ Bethany J. Hamilton
Bethany J. Hamilton (0075139)
Assistant United States Attorney
303 Marconi Blvd., Ste. 200
Columbus, Ohio 43215
(614) 469-5715 / Fax: (614) 469-5240
E-mail: bethany.hamilton@usdoj.gov
Attorney for Defendant

/s/ Matthew J. Thompson
Matthew J. Thompson (0040759)
Nobile & Thompson Co. LPA
4876 Cemetery Road
Hilliard, Ohio 43026
(614) 529-8600 / Fax (614) 529-8656
Email: mjthompson@ntlegal.com
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on January 15, 2021, service of the foregoing was made by electronic filing with the Clerk of the United States Bankruptcy Court, using the CM/ECF system, which will send notification of such filing to the parties listed below:

  Matthew J. Thompson, Attorney for the Debtor

              /s/ Bethany J. Hamilton
              Bethany J. Hamilton (0075139)
              Assistant United States Attorney